UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | EDCV 20-02365-JWH (SPx) | Date | January 8, 2021 |
|----------|--------------------------|------|------------------|
| Title | *Israel Rodriguez v. URS Midwest, Inc., et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Miriam Baird |
|---------------|--------------|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Orlando Villalba | Christopher J. Eckhart |
| | Timothy M. Fisher |

**Proceedings:    VIDEO HEARING RE:  MOTION TO REMAND [ECF
NO. 10]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  The Court takes the matter under submission.

**IT IS SO ORDERED.**

Time:  00:26
Initials of Preparer: iv