| | |
|---|---|
| 1 | Melissa Grant (SBN 205633) |
| | Melissa.Grant@capstonelawyers.com |
| 2 | Orlando Villalba (SBN 232165) |
| | Orlando.Villalba@capstonelawyers.com |
| 3 | Helga Hakimi (SBN 257381) |
| | Helga.Hakimi@capstonelawyers.com |
| 4 | Roxanna Tabatabaeepour (SBN 260187) |
| | Roxanna.Taba@capstonelawyers.com |
| 5 | CAPSTONE LAW APC |
| | 1875 Century Park East, Suite 1000 |
| 6 | Los Angeles, California 90067 |
| | P: 310-556-4811 |
| 7 | F: 310-943-0396 |
| 8 | Attorneys for Plaintiff |
| 9 | (Additional counsel listed on following page) |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"), <br><br> Plaintiff, <br><br> vs. <br><br> URS MIDWEST, INC., a Delaware corporation; UNITED ROAD SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 5:20-cv-02365-JWH-SPx <br><br> **JOINT REQUEST FOR DECISION BY COURT ON PLAINTIFF'S PENDING MOTION FOR CLASS CERTIFICATION PURSUANT TO LOCAL RULE 83-9.2** <br><br> Complaint Filed: April 2, 2019 <br> Action Removed: November 10, 2020 |

Christopher J. Eckhart (SBN 331414)
ceckhart@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

Jared S. Kramer (*Pro Hac Vice*)
jskramer@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
30 West Monroe Street, Suite 1600
Chicago, IL 60603
P: 312-255-7200
F: 312-422-1224

Attorneys for Defendants

Plaintiff, Israel Rodriguez, and Defendants, URS Midwest, Inc. and United Road Services, Inc. (collectively, the Parties), jointly request a decision by the Court on Plaintiff's pending Motion for Class Certification (the Motion) pursuant to Local Rule 83-9.2, and state as follows:

1. Local Rule 83-9.1 provides that "[t]he Court shall render and file its decision on motions . . . within 120 days after the matter is submitted for decision." A motion is deemed submitted "on the date the Court announces on the record in open court, at the conclusion of the hearing thereon, that the matter is submitted for decision." L.R. 83-9.1.1(a)(i).

2. Under Local Rule 83-9.2, "[i]f the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel **shall**, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay." L.R. 83-9.2 (emphasis added). Local Rule 83-9.2 requires the parties to submit a copy of the request to the Chief Judge. *Id.*

3. On April 29, 2022, Plaintiff filed his Motion for Class Certification. ECF No. 55. Defendants responded on July 21, and Plaintiff replied on November 17. ECF Nos. 65, 72. On December 16, Defendants filed a Sur-Reply after the Court granted them leave to do so. ECF Nos. 78-79. The Court held a hearing on the Motion on January 18, 2023, and entered an order taking the matter under submission on the same date. ECF No. 83. Accordingly, the Motion was deemed submitted on January 18, 2023—the date the Court announced on the record, following the conclusion of the hearing on the Motion, that the matter was submitted for decision. *See* L.R. 83-9.1(a)(i).

1.  4. Because more than 120 days have passed since the Motion's submission date, Local Rule 83-9.2 requires that the Parties respectfully submit this joint request for the Court to render and file its decision on Plaintiff's Motion.

Respectfully submitted,

Dated: May 30, 2023         CAPSTONE LAW APC

By: */s/ Roxanna Tabatabaeepour*
Melissa Grant
Orlando Villalba
Helga Hakimi
Roxanna Tabatabaeepour
Attorneys for Plaintiff

Dated: May 30, 2023         SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.

By: */s/ Jared S. Kramer*
Christopher J. Eckhart
Jared S. Kramer
Attorneys for Defendants

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)(i)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2)(i), I have obtained the authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2023.

By: */s/ Roxanna Tabatabaeepour*
Roxanna Tabatabaeepour

4868-3629-8599, v. 2