JS-6

1

2

3

4

5

6

7

8               **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISRAEL RODRIGUEZ, individually, and on behalf of other members of the general public similarly situated, and as an aggrieved employee pursuant to the Private Attorneys General Act ("PAGA"), | Case No.: 5:20-cv-02365-JWH-SP |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO VACATE SCHEDULING ORDER AND STAY THE CASE** |
| vs. | Complaint Filed: April 2, 2019<br>Action Removed: November 10, 2020 |
| URS MIDWEST, INC., a Delaware corporation; UNITED ROAD SERVICES, INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Before the Court is the Parties' Joint Stipulation to Vacate Scheduling Order and Stay the Case.  In the Joint Stipulation, the Parties seek an order from the Court vacating the current deadlines and staying the case pending the outcome of the appeal.  Finding good cause shown, the Court hereby **ORDERS** as follows:

1.    The current Scheduling Order is **VACATED**.

2.    The case is **STAYED** until further order of the Court.

3.    Any party may make a motion at any time to modify or vacate the stay, for good cause shown.

4.    The parties are **DIRECTED** to file no later than August 23, 2024, and every 90 days thereafter, a Joint Status Report that advises the Court regarding the posture of the Ninth Circuit appeal.

5.    The Clerk is **DIRECTED** to close this case administratively.

**IT IS SO ORDERED.**

Date:    May 22, 2024

Hon. John W. Holcomb
United States District Judge,
Central District of California